IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL L. CARMACK, SR.,**   ) | |
| ) | |
| **Petitioner/Defendant,**   ) | |
| ) | **CIVIL NO. 05-cv-4046-JPG** |
| **vs.**   ) | |
| ) | **CRIMINAL NO. 95-cr-30012** |
| **UNITED STATES of AMERICA ,**   ) | |
| ) | |
| **Respondent/Plaintiff.**   ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| <u>April 17, 2006</u> | By: | <u>s/ J. Phil Gilbert</u> |
| *Date* | | *District Judge* |